**Order entered December 1, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00986-CR

**WINDELL STOKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50472-422F**

## ORDER

We **REINSTATE** this appeal, which we abated November 9, 2016 to allow the trial court an opportunity to conduct a hearing to determine why appellant's brief, originally due October 16, 2016, had not been filed. The hearing has not been held, but appellant has filed his brief along with an extension motion explaining why the brief had not been filed. We **GRANT** appellant's motion and **ORDER** the brief tendered to the Clerk of the Court November 28, 2016 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE